

# NUMBER 13-21-00189-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE REGIONAL POOL ALLIANCE, MATAGORDA COUNTY SELF INSURANCE POOL, AND WEST TEXAS RURAL COUNTIES ASSOCIATION

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

Relators Regional Pool Alliance, Matagorda County Self Insurance Pool, and West Texas Rural Counties Association have filed a petition for writ of mandamus as a parallel and alternative proceeding to the interlocutory appeal that they have filed in our cause number 13-21-00045-CV. In this original proceeding, relators seek to compel the trial court to vacate its order denying the first amended plea to the jurisdiction filed by Northstar Recovery Services, Inc. (Northstar), and to dismiss Northstar's lawsuit with prejudice.

The Court requests that the real party in interest, Northstar, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
21st day of June, 2021.

2